USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL RIOS, individually and on behalf of others :
similarly situated,
                Plaintiffs, :

    -against- :

GASTRO BAR & RESTAURANT CORP., :
C/O TRYP HOTEL, EROS MANAGEMENT AND
REALTY, LLC D/B/A TRYP HOTEL NYC AND :
JOHN SHARMA,
                :
                Defendants.
------------------------------------------------------------X

ORDER

19-CV-7146 (PAE)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A conference was held with counsel to the respective parties on November 19, 2019. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    all discovery, of whatever nature, be initiated so as to be completed on or before May 19, 2020;

2.    the last date on which to amend pleadings will be January 3, 2020;

3.    the last date on which to join additional parties will be January 3, 2020;

4.    a telephonic status conference will be held with the parties on April 21, 2020, at 10:30 a.m. The parties shall participate in the conference by calling (888) 557-8511 and then entering access code 4862532;

5.    any dispositive motion shall be served and filed on or before June 22, 2020;

6.    the response to any such motion and any reply are to be made in accordance with Local Civil Rule 6.1 of this court;

7.    if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before June 22, 2020. That document must conform to the

requirements for such an order that are found in the Individual Rules of Practice

of the assigned district judge; and

8. the parties shall submit to the Court a joint writing containing three dates on

which all parties are available to participate in a settlement conference.

Dated: New York, New York  
November 21 2019

SO ORDERED:

*Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE