USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MIGUEL RIOS, individually and on behalf of others
similarly situated,
              Plaintiffs,

-against-

GASTRO BAR & RESTAURANT CORP., et al.,

              Defendants.
------------------------------------------------------------------X

**ORDER**
19 CV 7146 (PAE) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 12, 2019, at 11:30 a.m. Counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
        December 5, 2019

SO ORDERED:
_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE