UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MIGUEL RIOS, individually and on behalf of others similarly situated,

               Plaintiffs,

-against-

GASTRO BAR & RESTAURANT CORP., et al.,

               Defendants.
------------------------------------------------------------------X

**ORDER**
19 CV 7146 ( (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In this action brought pursuant to the Fair Labor Standards Act and the New York Labor Law, the parties agreed upon the material terms and conditions under which they would settle their dispute during arm's-length negotiations had at the February 5, 2020 settlement conference convened by the Court. Thereafter, the parties reduced their agreement to a writing, Docket Entry No.53, and submitted it to the Court for its review and approval. The Court has reviewed the document and it contains, <u>inter</u> <u>alia</u>, the agreements reached on February 5, 2020. Therefore, the Court finds that the parties' written settlement agreement, Docket Entry No. 53, is fair and reasonable and the Court approves that agreement. The Clerk of Court is directed to record on the docket sheet that this action is terminated.

Dated: New York, New York
       September 3, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE