UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MIGUEL RIOS, individually and on behalf of others similarly situated,

                Plaintiffs,

   -against-

GASTRO BAR & RESTAURANT CORP., et al.,

                Defendants.
------------------------------------------------------------------------X

**ORDER**
19-CV-7146 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The plaintiff's proposed judgment, Docket Entry No.59, must be revised so that it uses the express language found at page 6, paragraph 7, of the parties' settlement agreement, Docket Entry No. 53-1, which authorizes the Clerk of Court to enter judgment, not the assigned judge. Thereafter, the plaintiff's counsel shall, using the "Proposed Judgment file as attorney" feature in the court's CM/ECF system, click the "No" radio button to indicate that the judgment was not requested by a judicial officer, and submit the proposed judgment to the Orders and Judgments Clerk for review.

Dated: New York, New York
        November 23, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE