USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2021

**SOUTHERN DISTRICT OF THE STATE OF NEW YORK**
-------------------------------------------------------------------x

**MIGUEL RIOS,** *Individually*
*and on behalf of others similarly situated,*

                            **Plaintiffs**                   Case No. 19-cv-7146-PAE-KN

v.                                                                      **JUDGMENT**

**GASTRO BAR & RESTAURANT CORP.**
**C/O TRYP HOTEL, EROS MANAGEMENT AND**
**REALTY, LLC D/B/A TRYP HOTEL NYC AND JOHN SHARMA,**

                            **Defendants.**
-------------------------------------------------------------------x

WHEREAS, on or about February 5, 2020, the parties entered into a Settlement Agreement in this case for $40,000.00, which was approved by the Court on September 3, 2020. *See* Docket 54.

WHEREAS, as a condition of the Settlement Agreement, Defendants executed an Affidavit for Judgment by Confession. *See* Docket 53-1 at page 13 of 18.

WHEREAS, paragraph 7 of the settlement agreement authorized "the Clerk of the Southern District of New York to enter judgment in favor of Plaintiff and Chowdhury in the sum of FORTY THOUSAND DOLLARS ($40,000.00), less any payments made pursuant to this Settlement Agreement, against Sharma and EROS, jointly and severally, in the event of default." *See* Docket 53-1.

WHEREAS, to date, Defendants have only issued settlement payments on or around October 2020, June 2021 and November 23, 2021, in violation of the payout periods listed in the Settlement Agreement.

WHEREAS, to date, Defendants have only issued payments in the amount of $26,000.00, with $14,000.00 due and owing under the Settlement Agreement;

WHEREAS Defendants have failed to timely make further payments and are, therefore, in default of their obligations under the Settlement Agreement.

It is, therefore, ORDERED, ADJUDGED AND DECREED: That judgment is entered in favor of Plaintiffs and against Defendants in the amount of $14,000.00.

Dated: New York, New York
       November 29, 2021

                                                 RUBY J. KRAJICK
                                                 CLERK OF COURT

                                     BY_____*KMargo*_____
                                                  Deputy Clerk